# In the United States Court of Federal Claims

No. 16-367C

(Filed: April 6, 2021)

| | |
|---|---|
| **ACUITY SCIENCE AND TECHNOLOGY SERVICES, LLC,** | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| **UNITED STATES,** | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER FOR DISMISSAL

The court acknowledges parties' joint status report and motion for stipulated dismissal, filed today, April 6, 2021.  *See* ECF No. 59.  The parties represent that the automatic stay mandated by 11 U.S.C. § 362 is no longer in effect, as the bankruptcy proceedings initiated by plaintiff in the United States Bankruptcy Court for the Eastern District of Tennessee are now complete.

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims, the case shall be dismissed with prejudice.  The Clerk shall enter judgment in accord with this disposition.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge